## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 223-3 | **DATE** | 3/28/2008 |
| **CASE TITLE** | USA vs. Wallace Butcher | | |

**DOCKET ENTRY TEXT**

Detention hearing held. The Defendant is ordered released. *AK*

No notices required

00:10

| | | Courtroom Deputy | AC |
|---|---|---|---|