IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 08CR 223 |
| v. | |
| WALLACE BUTCHER, et al., | Judge Arlander Keys |
| Defendants. | |

## MOTION TO MODIFY CONDITIONS OF RELEASE

Wallace Butcher, through his attorneys, moves this Court for a modification of his release conditions and in support thereof states as follows:

1. On March 28, 2008, this Court approved the release on bond of Wallace Butcher pursuant to specified conditions. Under said conditions, Mr. Butcher is to reside with his uncle and custodian, Kevin Jackson, at 1810 White St., Des Plaines, Illinois 60018. Mr. Butcher was also granted permission to maintain his employment at Eagle Leathers, at 5015 Clark St., Chicago, IL 60640.

2. Mr. Butcher is currently living with Mr. Jackson in Des Plaines and working full-time at Eagle Leathers in Chicago. The commute from Des Plaines to his job in Chicago, however, is difficult as Mr. Butcher must rely on public transportation or the assistance of friends and family in order to get to work.

3. For these reasons, Mr. Butcher requests that he be allowed to live with his significant other, Britney Lindstrom at 4538 N. Clark St., Apt. #301, Chicago, IL 60640.

4. Ms. Lindstrom indicated that she would serve as Mr. Butcher's custodian.

5.  The proposed residence of 4538 N. Clark St. is within a short walking distance of Mr. Butcher's place of employment, and is equipped with a land line telephone, (773-334-1633), as is required for electronic monitoring.

6.  Pre-trial services officer, Olga Serrano, who has spoken with Ms. Lindstrom has informed the undersigned that she has no objections to this arrangement.

7.  Counsel for Mr. Butcher has spoken with the Assistant United States Attorney, Tyler Murray, and Mr. Murray also indicated that he has no objection to the requested modification of Mr. Butcher's conditions of release.

Respectfully submitted,

WALLACE BUTCHER

By: _____
One of His Attorneys

Heather L. Freiburger
Michael Z. Gurland
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Suite 2200
Chicago, IL  60602-3801
(312) 269-8000

Dated: April 18, 2008

NGEDOCS: 008000.0269:1524043.1

- 2 -