IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WALLACE BUTCHER, et al.,<br><br>　　　　　　Defendants. | No. 08CR 223<br><br>Judge Arlander Keys |

### NOTICE OF MOTION

TO:　Tyler Murray
　　　United States Attorney's Office
　　　219 South Dearborn, Suite 500
　　　Chicago, Illinois 60604

　　　PLEASE TAKE NOTICE that on Friday, April 25, 2008 at 9:00 a.m. or as soon thereafter as we may be heard, we shall appear before the Honorable Arlander Keys, or any other judge sitting in his stead in Courtroom 2240 at the Everett McKinley Dirksen United States Courthouse located at 219 South Dearborn Street, Chicago, Illinois and shall then and there present Wallace Butcher's Motion to Modify Conditions of Release, a copy of which is attached.

　　　　　　　　　　　　　　　　　　　WALLACE BUTCHER


　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　One of His Attorneys

Heather L. Freiburger
Michael Z. Gurland
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Suite 2200
Chicago, IL 60602-3801
(312) 269-8000

Dated: April 18, 2008

## CERTIFICATE OF SERVICE

I, Heather L. Freiburger, an attorney certify that I caused a copy of Defendant Wallace Butcher's Motion to Modify Conditions of Release to be served electronically via e-mail upon:

Tyler Murray
United States Attorney's Office
219 South Dearborn, Suite 500
Chicago, Illinois 60604

on this 18th day of April, 2008 at or prior to the hour of 5:00 p.m.

_____
Heather L. Freiburger

NGEDOCS: 008000.0269:1524964.1