# United States District Court, Northern District of Illinois

*MHN*

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 223-1 | **DATE** | 4/25/08 |
| **CASE TITLE** | USA vs. Wallace Butcher | | |

**DOCKET ENTRY TEXT**

Defendant's Motion to modify conditions of release (#**32**) is granted. The conditions are amended to include that the Defendant may reside with Britney Lindstrom instead of his uncle, Kevin Jackson.

No notices required

| | Courtroom Deputy | AC |
|---|---|---|