UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 223 |
| | ) | |
| v. | ) | Violations: Title 18, United States |
| | ) | Code, Sections 2, 922(g)(1) and |
| HAROLD PERKINS, aka "PK" and "Perk"; | ) | 924(c), and Title 21, United States |
| ROBERTO DURAN, aka "Jose" and "Berto"; | ) | Code, Sections 841(a)(1), 843(b) |
| WALLACE BUTCHER; | ) | and 846 |
| DAVID MALDONADO; and | ) | |
| GLADYS JOHNSON | ) | **JUDGE KENDALL** |

### COUNT ONE      MAGISTRATE JUDGE KEYS

The SPECIAL MARCH 2007 GRAND JURY charges:

Beginning in or about January 2006, and continuing through in or about March 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

**FILED**

HAROLD PERKINS, aka "PK" and "Perk";
ROBERTO DURAN, aka "Jose" and "Berto";
WALLACE BUTCHER;
DAVID MALDONADO; and
GLADYS JOHNSON,

JUL 0 2 2008  TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

defendants herein, conspired with each other, and with others known and unknown to the Grand Jury, knowingly and intentionally to possess with the intent to distribute, and to distribute, controlled substances, namely, 50 grams or more of a mixture and substance containing cocaine base in the form of crack cocaine and 500 grams or more of cocaine, both Schedule II Narcotic Drug Controlled Substances, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846, and Title 18, United States

Code, Section 2.

## COUNT TWO

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about January 9, 2006, at approximately 1:58 p.m., in the Northern District of Illinois, Eastern Division,

HAROLD PERKINS, aka "PK" and "Perk,"

defendant herein, knowingly and intentionally used a communication facility, namely a telephone, in committing and in causing and facilitating the commission of a felony violation of Title 21, United States Code, Section 846, namely, conspiracy to possess with the intent to distribute and to distribute a controlled substance as charged in Count One of this Indictment;

In violation of Title 21, United States Code, Section 843(b).

## **COUNT THREE**

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about January 9, 2006, at Chicago, in the Northern District of Illinois, Eastern Division,

            HAROLD PERKINS, aka "PK" and "Perk,"

defendant herein, knowingly and intentionally distributed a controlled substance, namely, 50 grams or more of a mixture and substance containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about February 8, 2006, at Chicago, in the Northern District of Illinois, Eastern Division,

> HAROLD PERKINS, aka "PK" and "Perk,"

defendant herein, knowingly and intentionally distributed a controlled substance, namely, 50 grams or more of a mixture and substance containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about May 22, 2006, at approximately 2:40 p.m., in the Northern District of Illinois, Eastern Division,

ROBERTO DURAN, aka "Jose" and "Berto,"

defendant herein, knowingly and intentionally used a communication facility, namely a telephone, in committing and in causing and facilitating the commission of a felony violation of Title 21, United States Code, Section 846, namely, conspiracy to possess with the intent to distribute and to distribute a controlled substance as charged in Count One of this Indictment;

In violation of Title 21, United States Code, Section 843(b).

## COUNT SIX

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about May 22, 2006, at Chicago, in the Northern District of Illinois, Eastern Division,

ROBERTO DURAN, aka "Jose" and "Berto,"

defendant herein, knowingly and intentionally distributed a controlled substance, namely, 5 grams or more of a mixture and substance containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SEVEN

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about June 8, 2006, at Chicago, in the Northern District of Illinois, Eastern Division,

        ROBERTO DURAN, aka "Jose" and "Berto,"

defendant herein, knowingly and intentionally distributed a controlled substance, namely, 5 grams or more of a mixture and substance containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT EIGHT

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about July 4, 2006, at approximately 5:26 p.m. (call #724 on Target Telephone 1), in the Northern District of Illinois, Eastern Division,

GLADYS JOHNSON,

defendant herein, knowingly and intentionally used a communication facility, namely a telephone, in committing and in causing and facilitating the commission of a felony violation of Title 21, United States Code, Section 846, namely, conspiracy to possess with the intent to distribute and to distribute a controlled substance as charged in Count One of this Indictment;

In violation of Title 21, United States Code, Section 843(b).

## COUNT NINE

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about July 22, 2006, at approximately 9:04 p.m. (call #3387 on Target Telephone 1), in the Northern District of Illinois, Eastern Division,

DAVID MALDONADO,

defendant herein, knowingly and intentionally used a communication facility, namely a telephone, in committing and in causing and facilitating the commission of a felony violation of Title 21, United States Code, Section 846, namely, conspiracy to possess with the intent to distribute and to distribute a controlled substance as charged in Count One of this Indictment;

In violation of Title 21, United States Code, Section 843(b).

## COUNT TEN

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about July 22, 2006, at Chicago, in the Northern District of Illinois, Eastern Division,

DAVID MALDONADO,

defendant herein, knowingly and intentionally possessed with the intent to distribute a controlled substance, namely, 5 grams or more of a mixture and substance containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT ELEVEN

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about September 11, 2006, at approximately 6:44 p.m. (call #1123 on Target Telephone 2), in the Northern District of Illinois, Eastern Division,

WALLACE BUTCHER,

defendant herein, knowingly and intentionally used a communication facility, namely a telephone, in committing and in causing and facilitating the commission of a felony violation of Title 21, United States Code, Section 846, namely, conspiracy to possess with the intent to distribute and to distribute a controlled substance as charged in Count One of this Indictment;

In violation of Title 21, United States Code, Section 843(b).

## COUNT TWELVE

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about September 12, 2006, at Chicago, in the Northern District of Illinois, Eastern Division,

> HAROLD PERKINS, aka "PK" and "Perk," and
> WALLACE BUTCHER,

defendants herein, knowingly and intentionally possessed with the intent to distribute controlled substances, namely, 50 grams or more of a mixture and substance containing cocaine base in the form of crack cocaine and 500 grams or more of cocaine, both Schedule II Narcotic Drug Controlled Substances;

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT THIRTEEN

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about September 12, 2006, at Chicago, in the Northern District of Illinois, Eastern Division,

> HAROLD PERKINS, aka "PK" and "Perk," and
> WALLACE BUTCHER,

defendants herein, each having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm, in and affecting interstate commerce in that the firearm had traveled in interstate commerce prior to defendants' possession of the firearm, namely, a Raven Arms, model MP 25, .25 caliber pistol, serial number 1824898; a KelTec, model P11, 9mm caliber pistol, serial number 19717; and a Colt, model Official Police, .38 caliber revolver, serial number 636996;

In violation of Title 18, United States Code, Sections 922(g)(1) and 2.

## COUNT FOURTEEN

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about September 12, 2006, at Chicago, in the Northern District of Illinois, Eastern Division,

> HAROLD PERKINS, aka "PK" and "Perk," and
> WALLACE BUTCHER,

defendants herein, knowingly possessed a firearm, namely, a Raven Arms, model MP 25, .25 caliber pistol, serial number 1824898; a KelTec, model P11, 9mm caliber pistol, serial number 19717; and a Colt, model Official Police, .38 caliber revolver, serial number 636996, in furtherance of a drug trafficking crime for which each defendant may be prosecuted in a court of the United States, namely, a violation of Title 21 United States Code Section 841(a)(1), as charged in Count Twelve of this Indictment;

In violation of Title 18, United States Code, Sections 924(c) and 2.

## FORFEITURE ALLEGATION ONE

The SPECIAL MARCH 2007 GRAND JURY further charges:

1. The allegations of Counts One, Two, Three, Four, Five, Six, Seven, Eight, Nine, Ten, Eleven and Twelve of this Indictment are realleged and incorporated herein by reference for the purpose of alleging that certain property is subject to forfeiture to the United States, pursuant to Title 21, United States Code, Section 853.

2. As a result of their violations of Title 21, United States Code, Sections 841(a), 843(b) and 846, as alleged in Counts One, Two, Three, Four, Five, Six, Seven, Eight, Nine, Ten, Eleven and Twelve of the foregoing Indictment,

> HAROLD PERKINS, aka "PK" and "Perk";
> ROBERTO DURAN, aka "Jose" and "Berto";
> WALLACE BUTCHER;
> DAVID MALDONADO; and
> GLADYS JOHNSON,

defendants herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2): any and all of property used, and intended to be used, in any manner or part, to commit and facilitate the commission of the violations.

3. The interests of the defendants subject to forfeiture to the United States pursuant to Title 21, United States Code, Section 853, include, but are not limited to, the following: a Raven Arms, model MP 25, .25 caliber pistol, serial number 1824898; a KelTec, model P11, 9mm caliber pistol, serial number 19717; and a Colt, model Official Police, .38 caliber revolver, serial number 636996, and ammunition.

4. If any of the property described above as being subject to forfeiture pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the

defendants:

    a.    Cannot be located upon the exercise of due diligence;

    b.    Has been transferred to, sold to, or deposited with a third person;

    c.    Has been placed beyond the jurisdiction of the Court;

    d.    Has been substantially diminished in value;

    e.    Has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of substitute property belonging to defendants under the provisions of Title 21, United States Code, Section 853(p).

All pursuant to Title 21, United States Code, Section 853.

## FORFEITURE ALLEGATION TWO

The SPECIAL MARCH 2007 GRAND JURY further charges:

1. The allegations contained in Counts Thirteen and Fourteen of this Indictment are realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. As a result of their violations of Title 18, United States Code, Sections 922(g)(1) and 924(c), as alleged in Counts Thirteen and Fourteen of the foregoing Indictment,

   HAROLD PERKINS, aka "PK" and "Perk," and
   WALLACE BUTCHER,

defendants herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section, 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all right, title, and interest they may have in any property involved in the charged offenses.

3. The interests of the defendants subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) include, but are not limited to, the following: a Raven Arms, model MP 25, .25 caliber pistol, serial number 1824898; a KelTec, model P11, 9mm caliber pistol, serial number 19717; and a Colt, model Official Police, .38 caliber revolver, serial number 636996, and ammunition.

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY