UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 223 |
| v. | ) | |
| | ) | Hon. Virginia M. Kendall |
| WALLACE BUTCHER | ) | |

**GOVERNMENT'S INFORMATION STATING PREVIOUS DRUG CONVICTION
TO BE RELIED UPON IN SEEKING INCREASED PUNISHMENT**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby files this Information Stating Previous Conviction to be Relied Upon in Seeking Increased Punishment pursuant to Title 21, United States Code, Section 851(a):

In the event the defendant is convicted of the offense under Title 21, United States Code, Section 846 charged in the Indictment in this case, the United States shall seek increased punishment pursuant to Title 21, United States Code, Section 841(b) based on the following conviction for a felony drug offense which became final prior to the commission of the offense charged in the Indictment:

(i) On or about September 24, 2004, in the Circuit Court of Cook County, in Case No. 03CR21197, defendant WALLACE BUTCHER was convicted of possession of controlled substances in violation of 720 ILCS 570/402(C), a class 4 felony under Illinois law, for which the defendant received a sentence of community service and 118 days' time served.

WHEREFORE, the government gives notice that defendant has at least one prior conviction for a felony drug offense, and therefore the sentence upon his conviction for the offense under Title 21, United States Code, Section 846 charged in the Indictment in this case shall include a term of imprisonment of not less than 20 years and not more than life, a fine not to exceed $8,000,000, and a term of supervised release of not less than 10 years up to and including any number of years, pursuant to Title 21, United States Code, Section 841(b).

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney

By:   /s/ Maureen Merin
    MAUREEN E. MERIN
    Assistant United States Attorney
    United States Attorney's Office
    219 S. Dearborn Street, 5th Floor
    Chicago, Illinois  60604
Dated: July 21, 2008   (312) 353-5300

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

**GOVERNMENT'S INFORMATION STATING PREVIOUS DRUG CONVICTION
TO BE RELIED UPON IN SEEKING INCREASED PUNISHMENT**

was served on July 21, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. 5, LR 5.5, and the General Order on Electronic Case Filing ("ECF") pursuant to the district court's system as to ECF filers.

s/ Maureen Merin
MAUREEN E. MERIN
Assistant United States Attorney
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-5300