## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 223 |
| | ) | |
| v. | ) | Hon. Virginia Kendall |
| | ) | United States District Judge |
| HAROLD PERKINS, *et al.* | ) | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on Monday August 4, 2008, at 1:30 p.m., or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Virginia Kendall, or any Judge sitting in her place or stead, in the courtroom usually occupied by her at 219 South Dearborn Street, Chicago, Illinois 60604, and present the **GOVERNMENT'S MOTION FOR A PROTECTIVE ORDER**.

 /s  Maureen E. Merin
MAUREEN E. MERIN
Assistant United States Attorney
219 South Dearborn St., Suite 500
Chicago, Illinois 60604
(312) 3553-1457