IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

            Plaintiff,

v.

WALLACE BUTCHER, et al.,

            Defendants.

No. 08 CR 223

Judge Virginia Kendall

## NOTICE OF MOTION

TO:    Tyler Murray
        United States Attorney's Office
        219 South Dearborn, Suite 500
        Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on Wednesday, August 20, 2008 at 1:30 p.m. or as soon thereafter as we may be heard, we shall appear before the Honorable Virginia Kendall, or any other Judge sitting in her stead in Courtroom 1719 at the Everett McKinley Dirksen United States Courthouse located at 219 South Dearborn Street, Chicago, Illinois and shall then and there present Defendant's Consolidated Preliminary Pretrial Motions, Request for an Extension of Time to File Additional Pretrial Motions and Supporting Memorandum of Law, a copy of which is attached.

                              WALLACE BUTCHER

                              /s/ Heather L. Freiburger
                              An Attorney for Defendant Wallace Butcher

Heather L. Freiburger
Michael Z. Gurland
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Suite 2200
Chicago, IL 60602-3801
(312) 269-8000

Dated: August 11, 2008

NGEDOCS: 008000.0269:1555164.1

## **CERTIFICATE OF SERVICE**

I, Heather L. Freiburger, an attorney, states that on the 11th day of August, 2008, she electronically filed **Defendant's Consolidated Preliminary Pretrial Motions, Request for an Extension of Time to File Additional Pretrial Motions and Supporting Memorandum of Law** with the Clerk of the Court using the CM/ECF system which sent notification to all counsel of record.

/s/ Heather L. Freiburger

NGEDOCS: 008000.0269:1524964.2